UNITED STATES

v.

A RAFT OF TIMBER COMPOSED OF 54 PIECES OF SQUARED TIMBER, 38 PIECES OF ROUND TIMBER, AND ABOUT 41 FEET OF PLANK AND BOARDS CLAIMED BY HARVEY STEWART

1811

### JOURNAL ENTRIES

1. Libel filed; claim filed; judgment and decree . . *Journal, infra,* *p. 397

### PAPERS IN FILE

1. Libel . . . . . . . . . . . . . . *Printed in Vol. 2*
2. Claim of Harvey Stewart . . . . . . . . . "